# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ROBERT WINKLER,<br><br>Defendant. | Case No. 21 CR 3297 JLS<br><br>**ORDER ON JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING** |

Upon joint motion filed and good cause shown, **IT IS HEREBY ORDERED** the joint motion to continue is granted. The Motion Hearing/Trial Setting shall be continued from February 25, 2022 to April 15, 2022 at 1:30 p.m. Further, time is excluded from February 25, 2022 through April 15, 2022 pursuant to Title 18, United States Code, Section 3161(h)(1)(D) and (h)(7)(A).).

**IT IS SO ORDERED.**

Dated: February 23, 2022

Hon. Janis L. Sammartino
United States District Judge